UNITED STATES DISTRICT COURT
DIVISION OF SOUTH CAROLINA

James B. Murphy
      Plaintiff

VS:                                    CASE NO: 0:20-4519-SAL-PJG

Mike Hunt ET. AL.
      Defendants

MOTION TO UPDATE Defendants
TRUE NAME

Comes NOW the Plaintiff through A Pro-Se Motion Respectfully Request to update defendant known as Dr. Williams at the time this civil complaint was filed his full name was not known.

(1.) Plaintiff James B. Murphy on May 20th 2021 was delivered a inhaler with the true and correct name of Dr. Williams to be Dr. Robert Williams of Alamba so the perscription does read.

1. OF 3.

(2.) PLAINTIFF WILL NOT SERVE SAID MOTION ON SAID DEFENDANTS SINCE PLAINTIFF HAS NO RECIEVED NOTICE that the defendants HAVE YET TO BE SERVED NOTICE OF the COMPLAINT.

(3.) PLAINTIFF SENT A LETTER TO the CLERK ON MAY 10 REGARDING SOME other ISSUES that were NOTICED Such As the TRUE NAME OF the Food SERVICE COMPANY that PREPARES OUR food AT ACDC IS TRINITY SERVICE GROUP IN the RECENT HEADING PLAINTIFF RECIEVED they ARE CALLED ACDC FOOD SERVICE COMPANY.

(4.) IN that SAME LETTER to the I ADDRESSED DEFENDANTS LT. BOWMAN AND LT. CLAMP WERE MISSING FROM the HEADING EVEN though the SUMMONS And the USM-285 WERE SENT TO the CLERK AND WERE RECIED BECAUSE ON THE DATES APRIL 13th PLAINTIFF WAS GIVEN 14 DAY TO CORRECT the DEFENSES IN 14 DAYS OF the MISSING USM-285 to the DEFENDANTS GALLAM, HAMMOCK, BOWMAN CLAMP.

020-4519-SAI-PJG    2. of 3.

(5.) IN ORDER RECIEVED DATED MAY 5th, 2021 IN the HEADING for NAMED defendants GALLAM, SUE HAMMOCK, BUT CLAMP, AND BOWMAN did not yet they were RECIEVED IN the ENVELOPE WITH HAMMOCK AND GALLAM.

WHEREFORE, the PLAINTIFF RESPECTFULLY REQUEST COURT CLERK CORRECT these ERRORS OR TO PLEASE EXPLAIN Why those ERRORS CAN NOT BE CORRECTED?

RESPECTFULLY SUBMITTED,

James B. Murphy
#137361
435 Wire Road
Aiken, South Carolina
29801