C-1

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF James B. Murphy | COURT CASE NUMBER 0:20-4519-SAL-P.J.G- |
| DEFENDANT Mike Hunt, Aiken Co. Sheriff | TYPE OF PROCESS Summons |

SERVE AT: NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mike Hunt, Aiken Co. Sheriff Office
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
435 Wire Road Aiken, SC 29801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
James B. Murphy #137361
435 Wire Rd,
Aiken, South Carolina
29801

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED COLUMBIA, SC 2021 MAY -6 PM 1:10

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

RECEIVED COLUMBIA, SC PM 4:10

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
James B. Murphy
TELEPHONE NUMBER
DATE 3/6/21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk *(signature)* | Date 6/15/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)
X Lt. Brady

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 6-16-21    Time 1:00 ☐am ☒pm

Signature of U.S. Marshal or Deputy

| Service Fee (2) hrs 130.00 | Total Mileage Charges including *endeavors* (106)miles 59.36 | Forwarding Fee ∅ | Total Charges 189.36 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) 139.86 |
|---|---|---|---|---|---|

REMARKS: 6/15/21 Forward to DUSM Tolliver for P/S.

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| James B. Murphy | 0:20-4519-SAL-PJG |
| **DEFENDANT** | **TYPE OF PROCESS** |
| CPL. Harris # 10845 | Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CPL. Harris # 10845
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
435 Wire Rd. Aiken South Carolina 29801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James B. Murphy # 137361
435 Wire Road
Aiken, South Carolina 29801

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Aiken Co. Jail
3-5- 3-31- Works from 7:00 P.M. to 7:00 A.M.

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
James B. Murphy    DATE 3/6/21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date 6/15/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
X Lt. Bradly

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date 6-16-21 | Time 1:00 ☐ am ☑ pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee (2 Hours) 130.00 | Total Mileage Charges including endeavors) (106) miles 59.36 | Forwarding Fee ∅ | Total Charges 189.36 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) 189.36 |
|---|---|---|---|---|---|

REMARKS: 6/15/21 Forward to DUSM Tolliver for P/S

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

C-5

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: James B. Murphy | COURT CASE NUMBER: 0:20-4519-SAL-PJG |
| DEFENDANT: De. Williams | TYPE OF PROCESS: Summons |

**SERVE AT:** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
De. Williams, Contract De. for SHP/Aiken Co. Jail  
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
435 Wire Rd, Aiken, South Carolina 29801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:  
James B. Murphy #137361  
435 Wire Road  
Aiken, South Carolina 29801

- Number of process to be served with this Form 285:
- Number of parties to be served in this case:
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):  
Aiken Co. Jail Every Thursday 3:00 PM - 7:00 PM

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT  
James B. Murphy    DATE: 3/6/21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.  
Total Process: 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date: 6/15/21

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Lt Bradley  
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 6-16-21   Time: 1:00 pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 130.00 | (106) miles 59.36 | ∅ | 189.36 | | 189.36 |

REMARKS: 6/15/21 Forward to DUSM Tolliver for P/S

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285  
Rev. 12/80

C-6

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>James B. Murphy | COURT CASE NUMBER<br>0:20-4519-SAL-PJG |
|---|---|
| DEFENDANT<br>LT. Beadley # 6844 | TYPE OF PROCESS<br>Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LT. Bradley # 6844 Aiken Co. Jail Shift Supervisor
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
435 Wire Rd. Aiken, South Carolina 29801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James B. Murphy # 137361
435 Wire Rd.
Aiken, South Carolina 29801

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED 2021 MAY -6 PM 1:10 USDC COLUMBIA, SC

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Aiken Co. Jail
3-5-21 – 3-31-21     7:00 P.M. – 7:00 AM

Signature of Attorney other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
James B. Murphy     TELEPHONE NUMBER     DATE 3/6-21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date 6/15/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
X  Lt. Bradley     ☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date 6-16-21 | Time 1:00 ☐ am ☑ pm |
| Signature of U.S. Marshal or Deputy | |

RECEIVED JUN 21 PM 4:10 USDC CLERK COLUMBIA, SC

| Service Fee (2) 130.00 | Total Mileage Charges (including endeavors) (106) miles 59.36 | Forwarding Fee ∅ | Total Charges 189.36 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) 189.36 |
|---|---|---|---|---|---|

REMARKS: 6/15/21 Forward to DUSM Tolliver for P/S

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

C-7

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| James B. Murphy | 0:20-4519-SAL-PJG |
| DEFENDANT | TYPE OF PROCESS |
| Sara Ledbetter | Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sara Ledbetter LPN Aiken Medical
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
435 Wire Road, Aiken, South Carolina 29801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James B. Murphy #137361
435 Wire Road
Aiken, South Carolina 29801

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

She works 7:00 P.M - 7:00 AM
Aiken Co. Jail Medical Dept

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF   ☐ DEFENDANT
James B. Murphy
TELEPHONE NUMBER
DATE: 3/6/21

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date: 6/15/21 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
L. A. Brady

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only if different than shown above*)

| Date: 6-16-21 | Time: 1:00 ☑ pm |

Signature of U.S. Marshal or Deputy

| Service Fee (2) hrs 130.00 | Total Mileage Charges including endeavors (106) miles 59.36 | Forwarding Fee ∅ | Total Charges 189.36 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) 189.36 |

REMARKS: 4/15/21 Forward to DUSM Tolliver for P/S

---

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

C-8

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| James B. Murphy #137361 | 0:20-4519-SAI-PJG |
| DEFENDANT | TYPE OF PROCESS |
| Food Service Name Unknown at ACDC | Summons |

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Unknown Name Food Service Company ACDC Kitchen
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
435 Wire Rd Aiken, South Carolina 29801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
James B. Murphy #137361
435 Wire Rd
Aiken, South Carolina 29801

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

RECEIVED COLUMBIA, SC 2021 MAY -6 PM 1:10

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Some Supervisor is here from 4:00 AM - To 7:PM 7 Days a Week in ACDC Kitchen. Refuses to Provide Name of Company to Plaintiff

Signature of Attorney other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
James B. Murphy   TELEPHONE NUMBER: N/A   DATE: 3/6/21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date 6/15/21 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
E. Brady

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 6-16-21   Time: 1:00 ☑ pm

Signature of U.S. Marshal or Deputy

RECEIVED CLERK, COLUMBIA 2021 JUN 23 PM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| (2) hrs 130.00 | (106) miles 59.36 | ∅ | 189.36 | | 189.36 |

REMARKS: 6/15/21 Forward to DUSM Tolliver for P/S

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

C-9

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>James B. Murphy | COURT CASE NUMBER<br>0:20-4519-SAL-PJG |
|---|---|
| DEFENDANT<br>K. Pugh LPN SHP Contracted | TYPE OF PROCESS<br>Summons |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE<br>AT | K. Pugh LPN SHP Contracted |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>435 Wire Rd, Aiken, South Carolina 29801 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James B. Murphy #137361
435 Wire Road
Aiken, South Carolina 29801

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Her Head Quarters Address
2030 Hamilton PL Blvd
Chattanooga, TN 37421

At ACDC 7:00 AM - 9:00 PM
435 Wire Rd
Aiken, SC 29801

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
James B. Murphy
TELEPHONE NUMBER
DATE 3/6/21

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 71 | District to Serve<br>No. 71 | Signature of Authorized USMS Deputy or Clerk | Date<br>4/15/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
X Eric Brady

| | Date<br>6-16-21 | Time<br>1:00 ☐ am ☒ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee<br>(2) hrs<br>130.00 | Total Mileage Charges including endeavors)<br>(106) miles<br>59.36 | Forwarding Fee<br>Ø | Total Charges<br>189.36 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>189.36 |
|---|---|---|---|---|---|

REMARKS: 6/15/21 Forward to DUSM Tolliver for P/S

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80